PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Defendants
By: JOHN D. CLOPPER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No. (212) 637-2716
Fax No. (212) 637-0033

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL,<br><br>                    *Plaintiff*,<br><br>            v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION; KATHLEEN SEBELIUS, in her official capacity as Secretary, United States Department of Health and Human Services; and MARGARET HAMBURG, in her official capacity as Commissioner, United States Food and Drug Administration,<br><br>                    *Defendants*. | ECF Case<br><br>10 Civ. 5690 (AKH) (AJP)<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law in support of defendants' motion for summary judgment, dated December 10, 2010; and the declaration of Charles J. Ganley, M.D., dated December 10, 2010, defendants will move this Court, before the Honorable Alvin K. Hellerstein, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting defendants summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's October 15, 2010 Order, as amended, opposition papers, if any, are to be served on or before January 7, 2011.

Dated: New York, New York
December 10, 2010

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:  /s/ John Clopper
JOHN D. CLOPPER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2716
Facsimile: (212) 637-0033
Email: john.clopper@usdoj.gov

OF COUNSEL:

MARK B. CHILDRESS
Acting General Counsel

RALPH S. TYLER
Chief Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel for Litigation

MELISSA J. MENDOZA
Assistant Chief Counsel
United States Department of
Health and Human Services
Office of the General Counsel
White Oak 32 Room 4325
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002
Telephone: (301) 796-8707