USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/20/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

NATURAL RESOURCES DEFENSE COUNCIL, INC.,

                Plaintiff,

-against-

UNITED STATES FOOD AND DRUG ADMINISTRATION; KATHLEEN SEBELIUS, in her official capacity as Secretary, United States Department of Health and Human Services; MARGARET HAMBURG, in her official capacity as Commissioner, United States Food and Drug Administration,

                Defendants.

------------------------------------------------------------ x

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

10 Civ. 5690 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    On January 19, 2011, the parties appeared before me for oral argument on their cross-motions for summary judgment, made pursuant to Federal Rule of Civil Procedure 56. For the reasons stated on the record, I hold that Plaintiff lacks standing to bring this lawsuit. I therefore grant Defendants' motion for summary judgment and deny Plaintiff's motion for summary judgment. The Clerk shall enter judgment in favor of Defendants.

    The Clerk shall mark the motions (Doc. Nos. 5, 15) terminated and the case closed.

    SO ORDERED.

Dated:    January 20, 2011
           New York, New York

                                    ALVIN K. HELLERSTEIN
                                    United States District Judge

1